(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH HEADLEY, Appellant.— Order, entered on November 1, 1963, unanimously affirmed. No opinion. The order of this court [23 A D 2d 969] entered on May 13, 1965 is vacated. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.